

# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2019

No. 04-19-00591-CV

Zaid **TOZI**,
Appellant

v.

**RJ & SONS LLC**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2018CVF001538D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The appellant's brief is due November 27, 2019. No Further Extensions absent extraordinary circumstances.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of November, 2019.

_____
Michael A. Cruz,
Clerk of Court